**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

BURTON W. WIAND, as Receiver for
Howard Waxenberg Trading, L.L.C., HKW
Trading LLC, HKW Trading Fund I LLC.,
Downing & Associates Technical
Analysis, and the Estate of Howard
Waxenberg,

    Plaintiff,

v.                                            CASE NO: 8:06-CV-607-T-30MSS

JERRY SHAW, individually and as
trustee of the Shaw Family Foundation,

    Defendant.
_____/

## **ORDER**

The following cases are referred to the Honorable Mary S. Scriven for supervision and determination of all pretrial proceedings and motions pursuant to Local Rule 6.01 and 28 U.S.C. § 636. With respect to those matters or motions in which the magistrate judge is not authorized to enter a final order, Judge Scriven is directed to file a Report and Recommendation to the undersigned district judge. The cases are:

| | | | |
|---|---|---|---|
| 1. | 8:06-cv-607-T-30MSS | 9. | 8:06-cv-701-T-30MSS |
| 2. | 8:06-cv-634-T-30MSS | 10. | 8:06-cv-708-T-30MSS |
| 3. | 8:06-cv-640-T-30MSS | 11. | 8:06-cv-822-T-30MSS |
| 4. | 8:06-cv-643-T-30MSS | 12. | 8:06-cv-827-T-30MSS |
| 5. | 8:06-cv-644-T-30MSS | 13. | 8:06-cv-1069-T-30MSS |
| 6. | 8:06-cv-648-T-30MSS | 14. | 8:06-cv-1073-T-30MSS |
| 7. | 8:06-cv-650-T-30MSS | 15. | 8:06-cv-1092-T-30MSS |
| 8. | 8:06-cv-699-T-30MSS | | |

**DONE** and **ORDERED** in Tampa, Florida on August 17, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

*S:\Odd\2006\06-cv-607.mag judge.wpd*